Argued and submitted February 13, affirmed July 1, 1987

SURFACE,
nka Surface Lewis,
*Appellant,*

*v.*

COFFMAN,
*Respondent.*

(82-9-141; CA A38060)

738 P2d 1003

Diane W. Spies, Portland, argued the cause and filed the brief for appellant.

James C. Tait, Oregon City, argued the cause for respondent. With him on the brief was Canning, Tait & McKenzie, Oregon City.

Thomas M. Christ, Portland, argued the cause for defendant Donald Lewis. With him on the brief were Jas Adams and Mitchell, Lang & Smith, Portland.

Before Warden, Presiding Judge, and Joseph, Chief Judge, and Young, Judge.

PER CURIAM

## PER CURIAM

In this personal injury case, the trial court allowed defendant to question plaintiff, over her objection, concerning money she received from her former husband under the terms of a dissolution judgment. Defendant asserts that the questions were relevant to plaintiff's future earning capacity. Assuming that the trial court should have sustained plaintiff's objection, the court's error was harmless. The jury answered "no" to this special interrogatory:

> "Was defendant Coffman negligent in one or more of the respects claimed in plaintiff's complaint which caused damage to plaintiff?"

The jury found that defendant was not negligent or that plaintiff suffered no damages. The challenged evidence could not have affected its decision.[1]

Affirmed.

---

[1] Plaintiff's other assignments do not require discussion.